ANNIE WEISBERG v. M. ANGELO ELIAS.— Motion to dismiss appeal denied,

with ten dollars costs. Present — Dowling, P. J., McAvoy, Martin, O'Malley and Proskauer, JJ.